**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JHONKLEIDER MORA MELERO,<br>Petitioner,<br><br>v.<br><br>J.L. JAMISON, et al.,<br>Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>: | Case No. 2:26-cv-08140-JLS |

**ORDER**

**AND NOW**, this 26th day of October 2026, following correspondence from the government, **IT IS HEREBY ORDERED** as follows:

1. Mora Melero's counsel shall provide the government with a copy of the petition for a writ of habeas corpus by **Monday, October 26, 2026, at 4:00 PM**;
2. The government shall notify the Court whether the facts in this matter are materially similar to those in *Tenezaca-Bacacela v. Jamison, et al.*, No. 26-cv-7617, Dkt. No. 10 (E.D. Pa. Oct. 16, 2026) by **Wednesday, October 28, 2026, at 12:00 PM**; and
3. If the government represents that the facts are materially similar, the Court will consider the government's response in *Tenezaca-Bacacela v. Jamison, et al.* to decide Mora Melero's petition, and the government will not need to file a response in this case; and
4. If the government represents that the facts are not materially similar, the government's deadline to file a response will be **EXTENDED** to **Thursday, October 29, 2026, at 4:00 PM**.

**BY THE COURT:**

*/s/ Jeffrey L. Schmehl*
**JEFFREY L. SCHMEHL, J.**
United States District Court Judge